UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-18-1

FILED

2019 JAN -2 P 1:37

U.S. DISTRICT COURT
NEW HAVEN. CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19 CR 1 - VLB |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | : | (Unlawful Possession of Firearms by a |
| | : | Felon) |
| | : | |
| DAVID McKEMMIE, JR. | : | 18 U.S.C. §§ 922(o) and 924(a)(2) |
| | : | (Possession of a Machinegun) |
| | : | |
| | : | 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| | : | (Possession of an Unregistered Firearm) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of Firearms by a Felon)

1. On or about December 19, 2018, in the District of Connecticut, the defendant DAVID

McKEMMIE, JR., having been convicted in the Superior Court of the State of Connecticut of a

crime punishable by a term of imprisonment exceeding one year, that is, Robbery in the First

Degree, in violation of Connecticut General Statutes § 53a-134, on or about May 4, 2006, did

knowingly and intentionally possess firearms in and affecting commerce, namely, a Sig Sauer,

Model P229, 9mm pistol bearing serial number AE32273, a Ruger Model LCPII, .380 caliber

pistol, bearing serial number 380-116242, an Israel Weapon Industries, Model Desert Eagle, .40

caliber pistol bearing serial number 36334956, a Ruger Model LC9, 9mm pistol with an obliterated

serial number, a Sig Sauer, Model SP2022, 9mm pistol bearing serial number 24B103431 and a

1

Gabilondo y Cia, Model Buffalo, .32 caliber pistol bearing serial number 8249, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Possession of an Unregistered Firearm)

2. On or about December 19, 2018, in the District of Connecticut, the defendant DAVID McKEMMIE, JR., knowingly possessed a firearm, that is, one AR-15 type rifle with no markings and having a barrel less than 16 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 18, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT THREE
(Possession of a Machinegun)

3. On or about December 19, 2018, in the District of Connecticut, the defendant DAVID McKEMMIE, JR., did knowingly possess a machinegun as defined in Title 26, United States Code, Section 5845(b), that is, one Polymer 80, Glock-style 9mm pistol with an attached automatic conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offense)

4. Upon conviction of any of the offenses alleged in Counts One through Count Three of this Indictment, the defendant DAVID McKEMMIE, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all the firearms and ammunition involved in the offense(s), including but not limited to: a Sig Sauer, Model P229, 9mm pistol bearing serial number AE32273, a Ruger Model LCPII, .380

2

caliber pistol, bearing serial number 380-116242, an Israel Weapon Industries, Model Desert Eagle, .40 caliber pistol bearing serial number 36334956, a Ruger Model LC9, 9mm pistol with an obliterated serial number, a Sig Sauer, Model SP2022, 9mm pistol bearing serial number 24B103431 and a Gabilondo y Cia, Model Buffalo, .32 caliber pistol bearing serial number 8249.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ s /

FOREPERSON


UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY